UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR OWENS,<br><br>  Plaintiff,<br><br>  v.<br><br>BOSTON MARKET CORP., et al,<br><br>  Defendants. | CASE NO. 1:15-CV-1851  AWI BAM<br><br>ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br><br>(Doc. No. 14) |

On March 21, 2016, the parties filed a stipulation to dismiss this action with prejudice. See Doc. No. 14.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Here, all parties who have appeared in this case have signed the stipulated dismissal. Because all parties have signed the stipulated dismissal with prejudice, this case has terminated automatically.  See id.

Therefore, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the parties' properly filed and signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal With Prejudice.

IT IS SO ORDERED.

Dated:  March 22, 2016             _____
                                   SENIOR  DISTRICT  JUDGE